Andrea M. Kimball, State Bar No. 196485
Michelle A. Herrera, State Bar No. 209842
Katherine M. Hoffman, State Bar. No. 223943
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff KAROUN DAIRIES, INC.,
a California corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROUN DAIRIES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br>+<br>KAROUN DAIRIES INC., a Canadian corporation; KARLACTI, INC., a Delaware corporation; and ARA BAGHDASSARIAN, an individual,<br><br>　　　　Defendant. | Case No. 08-CV-1521 L(LSP)<br><br>**PLAINTIFF KAROUN DAIRIES, INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>[Local Rule 40.2] |

TO THE COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

　　　Pursuant to Local Rule 40.2, Plaintiff Karoun Dairies, Inc., a California corporation, hereby identifies the following parties that have a direct, pecuniary interest in the outcome of this case:

　　　　　　　Karoun Dairies, Inc.

DATED: August 6, 2008　　　　LUCE, FORWARD, HAMILTON & SCRIPPS LLP


　　　　　　　　　　　　　　　By: /s/Michelle A. Herrera
　　　　　　　　　　　　　　　　　Andrea M. Kimball
　　　　　　　　　　　　　　　　　Michelle A. Herrera
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff KAROUN DAIRIES, INC.

101114563.1

1　　　　　　　　　　　　　　　　　　　　Case No. 08-CV-1521 L(LSP)